# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KRISTOPHER DALE THOMAS                                                    PLAINTIFF

v.                                    4:17CV00661-SWW-JTK

TIM RYALS, et al.                                                        DEFENDANTS

## ORDER

The Court has received proposed partial findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed partial findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants Randell, Huffman, Andrews, and Page are DISMISSED, for failure to state a claim upon which relief may be granted.

2. Plaintiff's allegations concerning hepatitis and tuberculosis testing are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 1st day of November, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE