# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KRISTOPHER DALE THOMAS                             PLAINTIFF

4:17CV00661-SWW-JTK

TIM RYALS, et al.                                                      DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Freeze Defendants' Assets (Doc. No. 27), which this Court construes as a Motion for Preliminary Injunction, is DENIED.

IT IS SO ORDERED this 29th day of June, 2018.

                                                     /s/Susan Webber Wright
                                                     UNITED STATES DISTRICT JUDGE