# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KRISTOPHER DALE THOMAS                                              PLAINTIFF

4:17CV00661-SWW-JTK

TIM RYALS, et al.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 17th day of September, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE